**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

LISA MEANEY,
DIMA CORP., A Minnesota
corporation;
MALCOLM INC., a Minnesota
corporation,

Plaintiffs,

vs.

ORDER
CV 02-372 RHK/RLE

CITY OF HERMANTOWN, a municipal
corporation,

Defendant.

The court having been advised by counsel that the above case has been settled, the parties needing additional time to finalize a settlement agreement.,

**IT IS ORDERED** that the court will retain jurisdiction over this action for an additional thirty (30) days to permit any party to move to reopen, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 11, 2001

**RICHARD H. KYLE**, Judge
United States District Court

FILED MAR 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________