UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Lisa Meaney, DiMa Corp., a Minnesota corporation, and Malcolm, Inc., a Minnesota corporation,

Plaintiffs,

Civil 02-372 (RHK/RLE)

vs.

**ORDER**

City of Hermantown, a municipal corporation,

Defendant.

---

Pursuant to the Stipulation of the parties, this matter is dismissed with prejudice, without costs, disbursements or attorneys fees to either party. This Order is based on the City of Hermantown's ordinances and regulations that are currently in effect, and nothing in this Order is intended to prejudice the Plaintiffs' right to assert new claims if the City's ordinances are modified.

Dated: April 10, 2002

RICHARD H. KYLE
United States District Judge

APR 10 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Lisa Meaney, DiMa Corp., a Minnesota corporation, and Malcolm, Inc., a Minnesota corporation,

Plaintiffs,

vs.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

City of Hermantown, a municipal corporation,

Defendant.

Court File No. 02-372(RHK/RLE)

The parties through their repsective counsel, stipulate that the above-entitled matter may be dismissed with prejudice, without costs to either party. This stipulation is based on the City of Hermantown's ordiannce and regulations that are in effect as of the date of this stipulation. Nothing in this stipulation is intended to prejudice the Plaintiff's right to assert new claims if the City's ordinances are modified.

**RANDALL TIGUE LAW OFFICE, P.A.**

Randall D.B. Tigue
Atty ID No. 110000
Attorney for Plaintiff
Minnehaha Professional Building
3960 Minnehaha Avenue South
Suite 100
Minneapolis, MN 55406
612/825-0936

Dated:

**KENNEDY & GRAVEN, CHARTERED**

James J. Thomson
Atty ID No. 145300
470 Pillsbury Center
200 South Sixth Street
Minneapolis, MN 55402
612/337-9300

Dated: April 8, 2002